JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
AUG 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ELIEL OLIVA SANCHEZ,<br><br>    Petitioner,<br><br>v.<br><br>MARTIN BITER, Warden,<br><br>    Respondent. | Case No. CV 13-5407 RT (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 8/15/14

HON. ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 19 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY